AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

V.

RONALD MOFFITT A/K/A RON MOFFITT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

RONALD MOFFITT A/K/A RON MOFFITT; 3913 WEST VIRDEN COURT; PEORIA, IL 61615 - PE
RONALD MOFFITT A/K/A RON MOFFITT; 3770 N PORTAGE PLACE APT 9; DECATUR, IL 62526 -

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PIERCE & ASSOCIATES, P.C.
1 N. DEARBORN STREET #1300
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                              12/9/04
CLERK                                                            DATE
s/ C. Lambie
(By) DEPUTY CLERK