E-FILED
Friday, 10 December, 2004  10:50:10 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__  DISTRICT OF  __Illinois__

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

vs.

RONALD MOFFITT A/K/A RON MOFFITT;

**APPEARANCE**

Case Number: 04-1421

FILED
DEC - 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

I certify that I am admitted to practice in this court.

12/8/04
Date

[Signature]

ANDREW J. NELSON         06216605
Print Name               Bar Number

1 N. DEARBORN STREET #1300
Address

CHICAGO         ILLINOIS         60602
City            State            Zip Code

312-346-9088         312-346-1557
Phone Number         Fax Number