E-FILED
Thursday, 16 December, 2004 11:02:02 AM
Clerk, U.S. District Court, ILCD
Friday, 10 December, 2004 10:51:03 AM
Clerk, U.S. District Court, ILCD

Case No. 04-1421

## NOTICE OF PENDING SUIT

A CAUSE ENTITLED

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

vs.

RONALD MOFFITT A/K/A RON MOFFITT;

all parties thereto having been named above has been IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT – PEORIA DIVISION, affecting or involving the following real estate:

> LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK "Z-2", PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

**COMMONLY KNOWN AS:**
3913 WEST VIRDEN COURT
PEORIA, IL 61615

TAX NO. 13-13-309-024

DATE AND MICROFILM NUMBER OF MORTGAGE: 03-60528 December 11, 2003
TITLEHOLDERS OF RECORD:   RONALD MOFFITT A/K/A RON MOFFITT;

DATED: 12/7/04   ANDREW J. NELSON
ARDC # 06216605

PREPARED BY & RETURN TO: PIERCE & ASSOCIATES, 1 North Dearborn, Suite 1300, Chicago, IL 60602, Tel. (312)346-9088

FILED
DEC - 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS