AO 440 (Rev. 8/01) Summons in a Civil Action

E-FILED
Tuesday, 29 March, 2005 11:14:58 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 29 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

Central District of Illinois

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

V.

RONALD MOFFITT A/K/A RON MOFFITT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-1421

TO: (Name and address of Defendant)

RONALD MOFFITT A/K/A RON MOFFITT; 3913 WEST VIRDEN COURT; PEORIA, IL 61615 - PE
RONALD MOFFITT A/K/A RON MOFFITT; 3770 N PORTAGE PLACE APT 9; DECATUR, IL 62526 -

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PIERCE & ASSOCIATES, P.C.
1 N. DEARBORN STREET #1300
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/s/ John M. Waters          12/9/04
CLERK                         DATE

s/C. Lambie
(By) DEPUTY CLERK

| | |
|---|---|
| Case No. | 04-1421 |
| Client. | Pierce & Associates |
| Client File No. | 04-09564 |

I, Joshua Craig, a special appointed process server and a licensed private investigator, an employee of E.L. Johnson Investigations, on oath, state that I have:

| | | |
|---|---|---|
| **X** | NOT COMPLETED SERVICE OF THE WITHIN SERVICE OF Summons AND COMPLAINT | |
| ___ | VACANT: | The residence of business location is not occupied. |
| ___ | NOT AT LOCATION: | The defendant is not at location. No service was obtained. |
| **X** | NOT SERVED ON ATTEMPTS: | See comment section. |
| ___ | OTHER: | See comment section. |

**Name of Defendant:** Ronald Moffitt aka Ron Moffitt
**Given to:** N/A
**Sex:** N/A  **Race:** N/A  **Age:** N/A

**Comments:** Attempts made Mon. 12/27 - 1:37pm; & 8:50pm; No answer. Fri. 1/7 - 8:20pm; (W/F/35) answered the door but would not give her name. She claimed that she didn't live here and that the defendant wasn't home. She stated that she did not know when the defendant would return. 1/7- 9:00pm; No answer. Our in-house databse confirms location is the current address.

**Place:** 3913 West Virden Court; Peoria, IL 61615
**State:** IL     **County:** Peoria
**Date** 1/7/2005     **Time** 8:20pm     **Abode:** N/A

Signature of Investigator _____  2/14/2005
                         Joshua Craig                Date
                         Perc. No. 0129-261305

Subscribed and sworn before me this

2/14/2005
Date                                    Signature of Notary Public

E. L. Johnson Investigations
53 West Jackson Blvd., Ste. 915
Chicago, Illinois 60604
(312) 583-1167 Phone
(312) 583-1169 Fax
License No. 117-000912

OFFICIAL SEAL
RYAN SERAFINI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/15/2008

ClientCaseID:  EL JOHNSON    635    CaseReturnDate:  12/20/04

Affidavit of    PROCESS SERVER

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

Case Number **04-1421**

I, **LEROY TIPSWORD**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY LICENSE # 117-000697, PII INC. P.O BOX 9172 SPRINGFIELD ILLINOIS 62791

### NON-SERVICE

DEFENDANT NAME **RONALD MOFFITT**
I HAVE ATTEMPTED TO SERVE    **SUMMONS & COMPLAINT**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

2 ATTEMPTS. ON 2ND ATTEMPT AN UNKNOWN MALE ANSWERED FROM BEHIND THE DOOR AND INQUIRED WHAT SERVER WANTED. WHEN TOLD IT WAS A SUMMONS HE REFUSED TO IDENTIFY HIMSELF AND WOULDN'T OPEN THE DOOR. SAID HE WOULDN'T ACCEPT ANY PAPERS. ALSO TRIED 12/26/04 @ 8:30 AM. NOISE IN RESIDENCE BUT WOULDN'T ANSWER THE DOOR.

LOCATION OF SERVICE    **3770 N PORTAGE PLACE APT #9**
**DECATUR, IL, 62526**

Date Of Service    12/26/04    Time of Service    8:30 AM    *[signature]*

LEROY TIPSWORD    12/26/2004
**PROCESS SERVER**
P.E.R.C. # 129-033358

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

"OFFICIAL SEAL"
JODY L. McLEARIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/26/05