STATE OF ILLINOIS

COUNTY OF PEORIA

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO 04 C 1421 ) |
| VS | ) ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) ) |
| DEFENDANTS | ) |

**PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION**

NOW COMES the Plaintiff, Mortgage Electronic Registration Systems, Inc., by and through its attorneys, Pierce & Associates, P.C., and in support of its Motion for Service by Publication states as follows:

1. On December 9, 2004 Plaintiff filed its Complaint to Foreclose Mortgage.

2. Despite six (6) attempts to serve Defendant Ronald Moffitt a/k/a Ron Moffitt, Plaintiff has been unable to serve summons and complaint on said Defendant. See Affidavit for Service by Publication and Special Process Servers' Affidavits attached and incorporated as Exhibits 1, 1A, and 1B, respectively.

WHEREFORE, Plaintiff, Mortgage Electronic Registration Systems, Inc. respectfully requests that this Court grant its Motion for Service by Publication, and any other relief this Court deems just and equitable.

Respectfully Submitted,
Mortgage Electronics Registration Systems, Inc.

BY: /s/ Andrew Nelson
    One of Its Attorneys.

PIERCE & ASSOCIATES, P.C.
Attorneys for Plaintiff
1 N. Dearborn St., #1300
Chicago, IL 60602
312/346-9088
PB#0409564

STATE OF ILLINOIS

COUNTY OF PEORIA

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )<br>)<br>) |
| PLAINTIFF | ) NO 04 C 1421<br>) |
| VS | )<br>) |
| RONALD MOFFITT A/K/A RON MOFFITT; | )<br>) |
| DEFENDANTS | ) |

## NOTICE OF FILING

TO:   RONALD MOFFITT A/K/A RON MOFFITT, 3913 WEST VIRDEN COURT, PEORIA, IL  61615

RONALD MOFFITT A/K/A RON MOFFITT, 3770 N. PORTAGE PLACE, APT. #9, DECATUR, IL  62526

Please take notice that on April 1, 2005, Plaintiff sent the attached Motion for Service by Publication for filing via electronic filing to the Clerk of the Court for the Central District of Illinois – Peoria Division, a copy of which is hereby served upon you.

/s/ Andrew Nelson
One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Under penalties of perjury as provided by law, the undersigned certifies that he/she served the foregoing Notice of Filing together with the above referenced Motion, by placing copies in an envelope with proper postage prepaid addressed to the person listed above and depositing the same in the United States Mail, in Chicago, Illinois on the 1st day of April, 2005.

/s/ Andrew Nelson

PIERCE & ASSOCIATES, P.C.
Attorneys for Plaintiff
1 N. Dearborn St., #1300
Chicago, IL 60602
312/346-9088
PB#0409564