STATE OF ILLINOIS

COUNTY OF PEORIA

    IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
      IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO.   04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) ) |
| DEFENDANTS | ) |

### AFFIDAVIT FOR SERVICE BY PUBLICATION

    Andrew Nelson on oath states as to the Defendant(s), Ronald Moffitt a/k/a Ron Moffit:

    1. Defendant(s) on due inquiry cannot be found so that service cannot be served upon them.

    2. The following actions have been taken to ascertain the whereabouts of the above-named Defendant(s):

        a. Ordered and reviewed credit report on Defendant(s) for possible address on or about 11/24/04.

        b. Reviewed mortgagee's foreclosure information package for possible addresses on or about 11/24/04.

        c. Reviewed Deed to Defendants for possible additional addresses on or about 11/30/04.

        d. Reviewed public records of the PEORIA County Probate Court for a pending Probate case on or about 11/30/04.

        e. Made 5 attempts to serve Defendants (See Affidavits of Special Process Server);

    f.  Ordered and reviewed property inspection report to determine occupants of the subject property on or about 11/30/04.

    g.  Other investigation completed:
<u>See attached affidavits of special process servers.</u>

3.  Defendant's address upon diligent inquiry cannot be ascertained, and Defendants last known address is at:

3913 West Virden Court, Peoria, IL  61615

4.  Further Affiant sayeth not.

/s/ Andrew Nelson
Pierce & Associates,
Attorney for Plaintiff

Subscribed and Sworn to before me this 1ST DAY of April, 2005.

_____
Notary Public

PIERCE & ASSOCIATES
Attorneys for Plaintiff
1 N. Dearborn
Suite 1300
Chicago, IL 60602
Tel. (312) 346-9088
PA0409564

"OFFICIAL SEAL"
JOCK L. SCHLOSS
Notary Public, State of Illinois
My Commission Expires 07/11/08