E-FILED
Friday, 01 April, 2005 01:51:20 PM
Clerk, U.S. District Court, ILCD
PA0409564

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

PLAINTIFF

Vs.                                          No  04-1421

RONALD MOFFITT A/K/A RON MOFFITT

DEFENDANT

### AFFIDAVIT

I, Joshua Craig, a special appointed process server, an employee of E.L. Johnson Investigations, being first duly sworn on oath depose and say that I or the agency of E. L. Johnson Investigations was appointed by the Court on or about December 9, 2004 to serve Process in the above mentioned cause.

I.   That on December 27, 2004 at 1:37 p.m. and 8:50 p.m. and January 7, 2005 at 8:20 p.m. and 9:00 p.m., I attempted to serve the within Summons and Complaint on the within named defendant, Ronald Moffitt a/k/a Ron Moffitt, at 3913 W. Virden Court, Peoria, IL 61615.

II.  That on the December 27th 8:50 p.m. attempt, I came into contact with an unidentified visitor of the home described as a white female approximately 35 years of age, who stated that the defendant was not home at the time and she did not know when the defendant would be arriving at the property. No further information was given.

III. That I was unable to come into contact with any neighbors who had any knowledge of the within named defendant, nor other current occupants at the within address.

IV.  That during the investigation, they attempted to locate the defendant by searching credit header databases, calling Directory Assistance, researching motor vehicle ownership records, and searching by means of other various data resources, and found

    evidence that the within defendant resides at 3913 W. Virden Court, Peoria, IL 61615.

V.    That I was unable to come into contact with the within named defendant, Ronald Moffitt a/k/a Ron Moffitt.

VI.    That I was unable to serve the within named defendant.

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Joshua Craig, Private Investigator

Subscribed and Sworn to before me
on February 20, 2005.

_____
Notary Public

Pierce & Associates
Attorneys for Plaintiff
One N. Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA0409564

PA0409564

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

PLAINTIFF

Vs.

No 04-1421

RONALD MOFFITT A/K/A RON MOFFITT

DEFENDANT

## AFFIDAVIT

I, Leroy Tipsword, of P II-2, an Illinois Private Detective Agency, a special appointed process server employed by the detective agency of E.L. Johnson Investigations, being first duly sworn on oath depose and say that I or the agency of E. L. Johnson Investigations was appointed by the Court on or about December 9, 2004 to serve Process in the above mentioned cause.

I.  That on December 26, 2004 at 8:30 a.m., I attempted to serve the within Summons and Complaint on the within named defendant, Ronald Moffitt a/k/a Ron Moffitt, at 3770 N. Portage Place, # 9, Decatur, IL 62526.

II. That on the December 26th attempt, an unidentified male resident from behind the door of the apartment unit refused to answer the door or identify himself after he was informed of the legal paperwork being served upon him.

III. That I was unable to come into contact with any neighbors who had any knowledge of the within named defendant, nor other current occupants at the within address.

IV. That during the investigation, they attempted to locate the defendant by searching credit header databases, calling Directory Assistance, researching motor vehicle ownership records, and searching by means of other various data resources, and found evidence that the within defendant resides at 3913 W. Virden Court, Peoria, IL 61615.

V. That I was unable to come into contact with the within named defendant, Ronald Moffitt a/k/a Ron Moffitt.

VI. That I was unable to serve the within named defendant.

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Leroy Tipsword, Private Investigator

Subscribed and Sworn to before me
on March 9, 2005.

_____
Notary Public

"OFFICIAL SEAL"
ROBERT J. ALLISON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/17/2007

Pierce & Associates
Attorneys for Plaintiff
One N. Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA0409564

FEB-15-2005 09:27 From:EL JOHNSON INVEST.    13125831169    To:13092659719    P.5/6

**Summons Affidavit**

| | |
|---|---|
| **Case No.** | 04-1421 |
| **Client.** | Pierce & Associates |
| **Client File No.** | 04-09564 |

I, Joshua Craig, a special appointed process server and a licensed private investigator, an employee of E.L. Johnson Investigations, on oath, state that I have:

**X**  NOT COMPLETED SERVICE OF THE WITHIN SERVICE OF Summons AND COMPLAINT

___  VACANT:    *The residence of business location is not occupied.*

___  NOT AT LOCATION:    *The defendant is not at location. No service was obtained.*

**X**  NOT SERVED ON ATTEMPTS:    *See comment section.*

___  OTHER:    *See comment section.*

**Name of Defendant:**    Ronald Moffitt aka Ron Moffitt
**Given to:**    N/A
**Sex:** N/A    **Race:** N/A    **Age:** N/A

**Comments:**    Attempts made Mon. 12/27 - 1:37pm; & 8:50pm: No answer. Fri. 1/7 - 8:20pm; (W/F/35) answered the door but would not give her name. She claimed that she didn't live here and that the defendant wasn't home. She stated that she did not know when the defendant would return. 1/7- 9:00pm: No answer. Our in-house database confirms location is the current address.

**Place:**    3913 West Virden Court; Peoria, IL 61615
**State:** IL    **County:** Peoria
**Date** 1/7/2005    **Time** 8:20pm    **Abode:** N/A

*Signature of Investigator*    Joshua Craig    2/14/2005
Perc. No. 0129-261304    *Date*

*Subscribed and sworn before me this*

2/14/2005
*Date*    *Signature of Notary Public*

E. L. Johnson Investigations
53 West Jackson Blvd., Ste. 915
Chicago, Illinois 60604
(312) 583-1167 Phone
(312) 583-1169 Fax
License No. 117-000912

OFFICIAL SEAL
MILLIZZA STEEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-15-2008

ClientCaseID:   EL JOHNSON         635           CaseReturnDate:   12/20/04

Affidavit of   PROCESS SERVER

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

Case Number 04-1421

I, LEROY TIPSWORD

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY LICENSE # 117-000697, PII INC P O BOX 9172 SPRINGFIELD ILLINOIS 62791

## NON-SERVICE

DEFENDANT NAME RONALD MOFFITT
I HAVE ATTEMPTED TO SERVE    SUMMONS & COMPLAINT
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

2 ATTEMPTS. ON 2ND ATTEMPT AN UNKNOWN MALE ANSWERED FROM BEHIND THE DOOR AND INQUIRED WHAT SERVER WANTED. WHEN TOLD IT WAS A SUMMONS HE REFUSED TO IDENTIFY HIMSELF AND WOULDN'T OPEN THE DOOR  SAID HE WOULDN'T ACCEPT ANY PAPERS  ALSO TRIED 12/26/04 @ 8:30 AM. NOISE IN RESIDENCE BUT WOULDN'T ANSWER THE DOOR.

LOCATION OF SERVICE   3770 N PORTAGE PLACE APT #9
                      DECATUR, IL, 62526

Date Of Service   12/26/04        Time of Service   8:30 AM

LEROY TIPSWORD                                              12/26/2004
PROCESS SERVER
P.E.R.C. # 129-033358

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

"OFFICIAL SEAL"
JODY L. McLEARIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/26/05