E-FILED
Friday, 10 June, 2005 03:18:27 PM
Clerk, U.S. District Court, ILCD

```
      IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
              IN THE UNITED STATES DISTRICT COURT FOR

MORTGAGE ELECTRONIC REGISTRATION      )
SYSTEMS, INC.                         )
                                      )
                      PLAINTIFF       ) NO. 04 C 1421
                                      )
             VS                       ) JUDGE
                                      )
RONALD MOFFITT A/K/A RON MOFFITT;     )
```

MOTION FOR ORDER OF DEFAULT

Now comes Plaintiff by and through its attorneys Pierce & Associates P.C. and moves this Honorable Court for an Order of Default as against the following defendants:

RONALD MOFFITT A/K/A RON MOFFITT;

WHEREFORE Plaintiff prays that this Honorable Court enter an Order for Default as against:

RONALD MOFFITT A/K/A RON MOFFITT;

BY: /s/ Andrew Nelson
PIERCE & ASSOCIATES
ATTORNEYS FOR PLAINTIFF

PIERCE & ASSOCIATES
Attorney for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel. (312) 346-9088
PA0409564