IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO. 04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) |

ORDER OF DEFAULT

This cause coming on to be heard upon the motion of the Plaintiff, and the Court having found that Defendant(s) have failed to appear and/or plead;

IT IS HEREBY ORDERED that the Defendant(s),

RONALD MOFFITT A/K/A RON MOFFITT;

is/are in default herein, and that the complaint is confessed against said Defendant(s).

_____, \_\_\_\_\_.

ENTER:

PIERCE & ASSOCIATES
Attorneys for Plaintiff
1 North Dearborn, 13th Fl.     _____
Chicago, Illinois 60602                  J U D G E
Tel. (312) 346-9088
Fax (312) 346-1557
PA0409564