E-FILED
Friday, 10 June, 2005  03:21:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO. 04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) |

MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, moves this court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

BY: /s/ Andrew Nelson
PIERCE & ASSOCIATES
Attorneys for Plaintiff

PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel. (312) 346-9088
Fax (312) 346-1557

PA0409564