IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )<br>)<br>) |
| PLAINTIFF | ) NO. 04 C 1421<br>) |
| VS | ) JUDGE<br>) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) |

ORDER APPOINTING SPECIAL COMMISSIONER

THIS CAUSE COMING ON TO BE HEARD ON motion of Plaintiff for entry of an Order, pursuant to a Judgment of Foreclosure and Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f);

IT IS HEREBY ORDERED THAT _____ Special Commissioner is hereby appointed selling officer for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Sale entered herein.


DATE:_____   ENTER:_____

JUDGE


PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel. (312) 346-9088
Fax (312) 346-1557
PA0409564