E-FILED
Friday, 10 June, 2005   03:38:46 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS

COUNTY OF PEORIA

      IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
          IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO.   04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) ) |
| DEFENDANTS | ) |

<u>AFFIDAVIT OF PROVE-UP</u>

      _Rick W. Ike_ (signature), being first duly sworn on oath, deposes and says that he/she is a duly authorized agent for Plaintiff herein and is authorized to make this Affidavit on its behalf. He/She is familiar with the books and records of Plaintiff and has personally examined them; he/she is competent to testify if appeared in court as a witness at a trial of this matter;  and he/she has personal knowledge of the facts stated in this Affidavit.  This Affidavit is made pursuant to the Code of Civil Procedure, 735 ILCS 5/15-1506 and 735 ILCS 5/2-1005, for purposes of proving the facts and the amount due the Plaintiff herein.

    The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by Plaintiff and said allegations are true and correct.

    The mortgagor is in default for __10__ payments. The amount necessary to reinstate is __10__ payments at $__592.37__ and ___ payments at $_____ each, totaling $__5,923.70__ plus late charges, escrow shortages, attorneys fees and costs.  To date the defendants have not tendered a sufficient sum to reinstate pursuant to 735 ILCS 5/15-1602, or otherwise; and that the Plaintiff has elected to claim the entire balance due under the terms of the said Promissory Note and Mortgage.

    There is now due and owing to Plaintiff the following:

    Principal Balance..............................$__78,458.45__

Accrued Interest to Date..........................$ 5,624.56

Late Charges Prior to Acceleration..........$ 59.24

ADVANCES BY PLAINTIFF:

Starting Escrow Balance on Date of Default..$ _____

Mortgage Insurance Premium..................$ _____

Property Maintenance........................$ _____

Real Estate Taxes...........................$ 2,085.84

Hazard Insurance............................$ _____

Inspections ................................$ 90.00

Broker's Price Opinion......................$ 105.00

Suspense Balance (Credit)...................$ ( 128.45 )

OTHER: _____ ....$ _____

Subtotal of Advances........................$ 2,152.39

TOTAL.......................................$ 86,094.64


MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

BY: _____
         AUTHORIZED AGENT

TITLE: Servicing Asset Management, Asst. Junior Officer

Subscribed and Sworn to before me
this 2nd day of June, 2005.

_____
         Notary Public


BETTE J. PETERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN 31, 2010

PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel. (312) 346-9088
Fax  (312) 346-1557
PA0409564