E-FILED
Friday, 10 June, 2005  03:40:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
IN THE UNITED STATES DISTRICT COURT FOR

```
MORTGAGE ELECTRONIC REGISTRATION          )
SYSTEMS, INC.                             )
                                          )
                       PLAINTIFF          ) NO. 04 C 1421
                                          )
            VS                            ) JUDGE
                                          )
RONALD MOFFITT A/K/A RON MOFFITT;         )
```

ATTORNEY AFFIDAVIT

I, __Andrew Nelson_____, attorney for the Plaintiff, duly sworn under oath, state that pursuant to the subject Mortgage, the mortgagors are obligated to pay the following;

```
    Title Costs...........................$      600.00
    Clerk's Fee...........................$      150.00
    Service of Summons....................$      165.00
    Recording Lis Pendens Notice..........$       29.00
    Publication for Service...............$      180.00
    Certified Documents...................$         .00
    Assignment Costs......................$         .00
    Bankruptcy Motion Cost................$         .00
    Reasonable Attorneys Fees.............$    1,100.00
    _____........$
    _____........$
                                           _____

                       TOTAL............$    2,224.00
                                           ==============
```

     That the attorney's fees will be received by and retained by PIERCE & ASSOCIATES as their fees in this cause.

                FURTHER, Affiant sayeth not.

BY: /s/ Andrew Nelson
     Attorney for Plaintiff

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument, are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that he/she verily believes the same to be true.

/s/ Andrew Nelson

PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
TEL. (312) 346-9088
FAX  (312) 346-1557
PA0409564