STATE OF ILLINOIS

COUNTY OF PEORIA

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )<br>)<br>) |
| PLAINTIFF | ) NO 04 C 1421<br>) |
| VS | )<br>) |
| RONALD MOFFITT A/K/A RON MOFFITT; | )<br>) |
| DEFENDANTS | ) |

### NOTICE OF FILING

TO:  RONALD MOFFITT A/K/A RON MOFFITT, 3913 WEST VIRDEN COURT, PEORIA, IL 61615

RONALD MOFFITT A/K/A RON MOFFITT, 3770 N. PORTAGE PLACE, APT. #9, DECATUR, IL 62526

Please take notice that on June 10, 2005, Plaintiff sent the attached Motions for Default, Judgment for Foreclosure and Sale, Motion to Appoint Special Commissioner for filing via electronic filing to the Clerk of the Court for the Central District of Illinois – Peoria Division, a copy of which is hereby served upon you.

/s/ Andrew Nelson
One of the Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

Under penalties of perjury as provided by law, the undersigned certifies that he/she served the foregoing Notice of Filing together with the above referenced Motion, by placing copies in an envelope with proper postage prepaid addressed to the person listed above and depositing the same in the United States Mail, in Chicago, Illinois on the 10th day of June, 2005.

/s/ Andrew Nelson

PIERCE & ASSOCIATES, P.C.
Attorneys for Plaintiff
1 N. Dearborn St., #1300
Chicago, IL 60602
312/346-9088
PB#0409564

```
         IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
              IN THE UNITED STATES DISTRICT COURT FOR
```

MORTGAGE ELECTRONIC REGISTRATION           )
SYSTEMS, INC.                              )
                                           )
                          PLAINTIFF        ) NO. 04 C 1421
                                           )
              VS                           ) JUDGE
                                           )
RONALD MOFFITT A/K/A RON MOFFITT;          )

CERTIFICATE

I, _Andrew Nelson_____, attorney for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. certify that on June 9, 2005, the court records for this file were reviewed by Pierce & Associates, P.C.

I further certify that the proof of service of summons shows that the following parties have been served on the dates indicated as follows:

| PARTY | MODE/DATE OF SERVICE |
|---|---|
| RONALD MOFFITT A/K/A RON MOFFITT | PUBL    April 13, 2005<br>PUBL |

I further certify that the only appearances/answers filed of record, were for the following persons on the following dates:

NONE

and that all other parties to this cause have failed to file their appearances.

/s/ Andrew Nelson
_____
PIERCE & ASSOCIATES, Attorneys for Plaintiff

PIERCE & ASSOCIATES
Attorneys for Plaintiff
1 N. Dearborn
Suite 1300
Chicago, Illinois  60602
TEL.  (312) 346-9088
FAX   (312) 346-1557

# CERTIFICATE OF PUBLICATION

## STATE OF ILLINOIS
## COUNTY OF PEORIA

The undersigned, as or on behalf of the publisher of The News Bulletin does hereby aver and certify that they are the publisher or agent for said publisher of The News Bulletin, a legal newspaper published and circulated in the County of Peoria, State of Illinois and that The News Bulletin is a secular newspaper of general circulation which has been regularly printed and published in the English language in the State of Illinois for more than one (1) year prior to the first publication of the notice hereinafter mentioned; and that the notice, of which a true and accurate copy appears printed to the right, was published in The News Bulletin once each week for three (3) consecutive/successive weeks; that the dates of publication are those indicated by the attached notice; that said notice was printed in each of the regular legal issues of The News Bulletin and printed on each of the above-stated dates for general circulation and distribution and generally circulated and distributed to all its subscribers and the general public. I further aver and certify that the face of the type in which each publication of the notice appearing at the right was made, was the same as the body type used in classified advertising in each issue of The News Bulletin in which such publication of said notice appeared and was made. I further aver and certify that The News Bulletin is a newspaper as defined in "An Act To Revise The Law In Relation To Notices" as amended and enacted on July 17, 1959 (I.R.S., Ch.100, Par. 1-10).

IN WITNESS WHEREOF, the Publisher of The News Bulletin, has caused this certificate to be signed and attested on this 27th day of April, 2005.

B. Bressner
President
The Legal Record

on behalf of the Publisher of The News Bulletin

THE LEGAL RECORD
P.O. Box 563
Peoria, Illinois 61651-0563
Phone (309) 672-1600
Toll Free (866) 672-1600
Toll Free Fax (888) 568-7488

## LEGAL NOTICE

Fax (312) 346-1557
PA 0409564

-Published 4/13, 4/20, 4/27-
IN THE UNITED STATES
DISTRICT COURT
FOR THE NORTHERN
DISTRICT OF ILLINOIS

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC

PLAINTIFF

VS

RONALD MOFFITT A/K/A RON MOFFITT;

DEFENDANTS

NO. 04 C 1421

NOTICE BY PUBLICATION

NOTICE IS GIVEN YOU, RONALD MOFFITT A/K/A RON MOFFITT, defendants, that this case has been commenced in this Court against you and other defendants, asking for the foreclosure of a certain Mortgage conveying the premises described as follows, to wit:

LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK 'Z-2', PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS

Commonly known as: 3913 WEST VIRDEN COURT, PEORIA, IL 61615

and which said Mortgage was made by, RONALD MOFFITT A/K/A RON MOFFITT, Mortgagor (s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC Mortgagee, and recorded in the Office of the Recorder of Deeds of PEORIA County, Illinois as Document No 03-60528; and for other relief

UNLESS YOU file your answer or otherwise file your appearance in this case in the Office of the Clerk of this County

Robert M. Spears
Clerk of the Court
324 MAIN STREET
Peoria, Illinois 61602

on or before May 13, 2005, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT

PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel (312) 346-9088