E-FILED
Thursday, 11 August, 2005 02:42:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO. 04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) |

MOTION TO APPOINT SPECIAL COMMISSIONER

NOW COMES THE Plaintiff, by and through its attorneys, PIERCE & ASSOCIATES, P.C., AND MOVES THIS Honorable Court, for entry of an Order appointing Frederick S. Lappe, of Intercounty Judicial Sales Corp. as SPECIAL COMMISSIONER pursuant to 735 ILCS 5/15-1506(f).

/S/ ANDREW J. NELSON
ARDC #06216605

Pierce & Associates, P.C.
Attorneys for Plaintiff

PIERCE & ASSOCIATES, P.C.
Attorneys for Plaintiff
1 North Dearborn
Chicago, IL 60602
(312) 346-9088
(312) 346-1557
PA0409564

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
IN THE UNITED STATES DISTRICT COURT FOR

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| PLAINTIFF | ) NO. 04 C 1421 ) |
| VS | ) JUDGE ) |
| RONALD MOFFITT A/K/A RON MOFFITT; | ) |

### ORDER APPOINTING SPECIAL COMMISSIONER

THIS CAUSE COMING ON TO BE HEARD ON motion of Plaintiff for entry of an Order, pursuant to a Judgment of Foreclosure and Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f);

IT IS HEREBY ORDERED THAT <u>Frederick S. Lappe, of Intercounty Judicial Sales Corp.</u> Special Commissioner is hereby appointed selling officer for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Sale entered herein.

DATE:_____    ENTER:_____

JUDGE

PIERCE & ASSOCIATES
Attorneys for Plaintiff
Thirteenth Floor
1 North Dearborn
Chicago, Illinois 60602
Tel. (312) 346-9088
Fax (312) 346-1557
PA0409564