E-FILED
Monday, 05 December, 2005  03:03:33 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS

COUNTY OF PEORIA

```
          IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
              IN THE UNITED STATES DISTRICT COURT FOR

MORTGAGE ELECTRONIC REGISTRATION            )
SYSTEMS, INC.                               )
                                            )
                          PLAINTIFF         )NO.     04 C 1421
                                            )
            VS                              )JUDGE
                                            )
RONALD MOFFITT A/K/A RON MOFFITT;           )
                                            )
                          DEFENDANTS        )
```

**MOTION FOR ORDER APPROVING REPORT
OF SALE AND DISTRIBUTION AND FOR POSSESSION**

    NOW COMES Plaintiff, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.by and through its attorneys, PIERCE & ASSOCIATES, and moves this court for an Order Approving the Selling Officer's Report of Sale and Distribution and for possession, and in support thereof states as follows:

    1. This is an action to foreclose a note and mortgage held by the Plaintiff.

    2. This Court entered a judgment of Foreclosure and Sale on August 12, 2005.

    3. Pursuant thereto, a Judicial Sale was scheduled to be held on November 23, 2005.

    4. The Successful Bidder at the Judicial Sale is entitled to future possession of the property.

    5. That 735 ILCS 5/15-1508 requires that a Report of Sale and Distribution be submitted to the Court for review and approval.

    6. A copy of the Selling Officer's Report of Sale and Distribution is presented with this motion for the Court's review.

    WHEREFORE, the Plaintiff requests that this Court enter an Order Approving the Selling Officer's Report of Sale and Distribution and for Possession.

```
PIERCE & ASSOCIATES, P.C.
Attorneys For Plaintiff
1 North Dearborn, Suite #1300        BY: /s/ Andrew Nelson_____
Chicago, IL 60602                    PIERCE & ASSOCIATES
Tel. (312) 346-9088                  Attorneys for Plaintiff
```