STATE OF ILLINOIS

COUNTY OF PEORIA

```
        IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
           IN THE UNITED STATES DISTRICT COURT FOR

MORTGAGE ELECTRONIC REGISTRATION        )
SYSTEMS, INC.                           )
                                        )
                        PLAINTIFF       )NO.   04 C 1421
                                        )
        VS                              )JUDGE
                                        )
RONALD MOFFITT A/K/A RON MOFFITT;       )
                                        )
                        DEFENDANTS      )
```

### ORDER APPROVING FORECLOSURE REPORT OF SALE AND DISTRIBUTION AND ORDER FOR POSSESSION AND DEED

    NOW COMES the Plaintiff herein, by and through its Attorneys, PIERCE & ASSOC., on its Motion for Confirmation of Sale and Right to Possession and the Court, finding due notice of said Motion having been given, having examined the Report of Sale, and it appearing that no objections having been filed, and being fully advised in the premises, FINDS:

    1. That the Sale and Distribution of Sale proceeds was conducted in accordance with the Judgment for Foreclosure and Sale entered herein and applicable law;

    2. The Notice of Sale, required in accordance with 735 ILCS 5/15-1507(c), has been given; the terms of the Sale were fair and conscionable; the Sale was conducted fairly and without fraud;

    3. This Court obtained personal jurisdiction over those defendants who are personally liable to the Plaintiff for the deficiency, if any, from said Sale;

    IT IS THEREFORE ORDERED:

    A. Said Report of Sale is approved and confirmed and the Foreclosure Sale Officer's Commission is approved for distribution.

    B. There shall be an IN REM deficiency judgment entered in the sum of $18,660.18, with interest thereon as by statute provided, against the subject property.

    C. That a surplus, if any, shall be held by the Selling Officer until further Order of Court;

    D. A Deed shall be issued by the Office conducting this Sale immediately following entry of this Order and after full payment of the bid amount, to the holder of the Certificate of Sale or its assigns, conveying title pursuant to 735 ILCS 5/15-1509;

    E. The holder of the Certificate of Sale and Deed, or assignee thereof, shall be entitled to possession of the subject premises 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15-1701;

    F. That 735 ILCS 5/9-117 of the Illinois Code of Civil Procedure is not applicable to this Order.

    G. That the Sheriff of PEORIA County is directed to place the Plaintiff in possession of the premises commonly known as:

    3913 WEST VIRDEN COURT, PEORIA, IL 61615

    H. That the Sheriff is further ordered to evict:

      RONALD MOFFITT A/K/A RON MOFFITT;

now in possession of the premises commonly known as 3913 WEST VIRDEN COURT, PEORIA, IL 61615.

    I. A copy of this order shall be mailed to the mortgagors and lienholders or their attorneys within 5 business days.

    J. Plaintiff will not pursue collection on the note.

    IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Judicial or Sheriff Deed issued hereunder without any exemption stamps.

| | |
|---|---|
| PIERCE & ASSOCIATES | DATED:_____ |
| Attorneys for Plaintiff | |
| 1 North Dearborn | ENTER: |
| Thirteenth Floor | |
| Chicago, Illinois 60602 | _____ |
| Tel. (312) 346-3766 | JUDGE |
| PA0409564 | |