E-FILED
Thursday, 15 December, 2005 05:11:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

```
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC)
                                    Plaintiff,)   04 C 1421
                vs.                            )
RONALD MOFFITT AKA RON MOFFITT;                )
                                   Defendants,)
```

### REPORT OF SALE AND DISTRIBUTION

I, Frederick S. Lappe, special commissioner appointed in the matter captioned above, do hereby report:

**That** pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on Wednesday, November 23, 2005 at the courthouse of the county in which the subject real estate is located, as set forth in the certificate of publication attached hereto and made a part hereof;

**That** at that time and place, I offered said premises for sale at public auction to the highest bidder on the terms specified in said advertisement;

**That** Mortgage Electronic Registration Systems, Inc. offered and bid therefore the sum of seventy-two thousand one hundred sixty-five and 00/100 dollars ($72,165.00); and

**That** being the highest and best bid, I accordingly struck off and sold to said bidder the following described real estate:

LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK "Z-2", PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

Commonly known as 3913 W. Virden Ct., Peoria, IL 61615.

P.I.N. 13-13-309-024.

I, Frederick S. Lappe, special commissioner appointed in the matter captioned above, do hereby further report;

I have executed and delivered to said purchaser its Receipt of Sale, a copy of which is attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said purchaser.

**That** the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

**1. To the Plaintiff:**

| | | |
|---|---|---:|
| a) | The amount due under judgment | $88,518.64 |
| b) | Interest thereon from date of judgment to date of sale | $986.75 |
| c) | Publication costs | $360.00 |
| d) | Corporate | $45.00 |
| e) | Escrow | $693.24 |
| f) | Credit | -$128.45 |
| | Subtotal | $90,475.18 |

**2. Costs of Sale**

| | | |
|---|---|---:|
| a) | To the special commissioner as commission | $300.00 |
| b) | Recording/Registration costs | $0.00 |
| | Subtotal | $300.00 |

| | |
|---|---:|
| **TOTAL AMOUNT DUE PLAINTIFF** | $90,775.18 |
| **TOTAL PROCEEDS OF SALE** | $72,165.00 |
| **SURPLUS OR (DEFICIENCY)** | ($18,610.18) |

Respectfully submitted

Date: November 23, 2005

By
Frederick S. Lappe
*[signature: Fred Lappe]*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC)
                Plaintiff,) 04 C 1421
  vs.                   )
RONALD MOFFITT AKA RON MOFFITT;     )
                Defendants,)

**ORDER APPROVING REPORT OF SALE AND DISTRIBUTION,
CONFIRMING SALE, AND ORDER FOR POSSESSION**

  This cause comes to be heard on Plaintiff's motion for the entry of an order approving the Report of Sale and Distribution, confirming the sale of the mortgaged real estate that is the subject of the matter captioned above and described as:

  LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK "Z-2", PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS. Commonly known as: 3913 W. Virden Ct., Peoria, IL 61615. PIN: 13-13-309-024.

  Due notice of said motion having been given, the Court having examined said report, and being fully advised in the premises, FINDS:

  That the periods of redemption and reinstatement expired without same having been made;

  That this Court obtained personal jurisdiction over those defendants who are personally liable to the Plaintiff for the deficiency, if any, from said sale;

  That all notices required by Section 1507(c) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1507(c)) were given;

  That said sale was fairly and properly made;

  That Frederick S. Lappe, hereinafter "Special Commissioner", has in every respect proceeded in accordance with the terms of this Court's Judgment;

  That the successful bidder is entitled to a deed of conveyance and possession of the mortgaged real estate, and;

  That justice was done.

  **IT IS THEREFORE ORDERED:**

  That the sale of the mortgaged real estate involved herein, and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's advances, fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved, ratified and confirmed;

That the proceeds of said sale were insufficient to satisfy the judgment;

That there shall be an IN REM/IN PERSONAM deficiency judgment entered in the sum of ($18,610.18), with interest thereon as provided by statute against Ronald Moffitt aka Ron Moffitt and .
or, the subject property as provided by Section 1508(e) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat., ch. 110, par. 15-1508(e)) and that execution may issue;

That any Special Right to Redeem, if applicable, pursuant to Section 1604 of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat., ch. 110, par. 15-1604), shall expire 30 days after entry of this order; and

That upon confirmation herein and upon request by the successful bidder, or its assigns, and provided that all required payments have been made pursuant to Section 15-1509(a) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1509(a)) the Special Commissioner shall execute and deliver to the successful bidder, a deed sufficient to convey title.

**IT IS FURTHER ORDERED:**

That the successful bidder, or its assigns, is entitled to and shall have possession of the mortgaged real estate as of a date 30 days after entry of this Order, without further Order of Court, as provided in Section 15-1701 of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1701);

That in the event possession is so withheld, the Sheriff of the county in which the subject real estate is located is directed to evict and dispossess Ronald Moffitt aka Ron Moffitt from the mortgaged real estate commonly known as 3913 W. Virden Ct., Peoria, IL 61615 without further Order of Court, and;

That there is no just cause for delay in the enforcement of or appeal from this order.

ENTER:


Judge

Dated:

Pierce & Associates
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312) 346-9088

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC)
                                      Plaintiff,)  04 C 1421
        vs.                                     )
RONALD MOFFITT AKA RON MOFFITT;          )
                                   Defendants,)

<u>**CERTIFICATE OF SALE**</u>

    I, Frederick S. Lappe, special commissioner appointed in the matter captioned above, do hereby certify, that pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on Wednesday, November 23, 2005 at the courthouse of the county in which the subject real estate is located, as set forth in said advertisement, and at that time and place I offered said premises for sale at public auction to the highest bidder for cash in accordance with said advertisement.

    **WHEREUPON**, Mortgage Electronic Registration Systems, Inc. offered and bid therefore the sum of seventy-two thousand one hundred sixty-five and 00/100 dollars ($72,165.00) and that being the highest and best bid, I accordingly struck off and sold to said bidder the following described real estate:

    LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK "Z-2", PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

    Commonly known as 3913 W. Virden Ct., Peoria, IL 61615.

    P.I.N. 13-13-309-024.

    This Certificate of Sale is issued subject to confirmation of sale, at which time the holder of this Certificate of Sale will be entitled to a deed.

    Witness my hand and seal, in duplicate, this Wednesday, November 23, 2005.

                                                                              By
                                               Frederick S. Lappe

*/s/ Fred Lappe*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC )
                                                Plaintiff,)   04 C 1421
                 vs.                                          )
RONALD MOFFITT AKA RON MOFFITT;             )
                                              Defendants,)

## RECEIPT OF SALE

    I, Frederick S. Lappe, special commissioner appointed in the matter captioned above, do hereby certify, that pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on Wednesday, November 23, 2005 at the courthouse of the county in which the subject real estate is located, as set forth in said advertisement, and at that time and place I offered said premises for sale at public auction to the highest bidder for cash.

    **WHEREUPON**, Mortgage Electronic Registration Systems, Inc. offered and bid therefore the sum of $72,165.00. That being the highest and best bid, I accordingly struck off and sold to said bidder the following described real estate:

    LOT 207 IN VINTON HIGHLANDS SECTIONS 2 AND 3, A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 7 EAST OF THE FOURTH PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 8, 1970 IN PLAT BOOK "Z-2", PAGE 66 AS DOCUMENT NO. 70-03716; SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

    Commonly known as 3913 W. Virden Ct., Peoria, IL 61615.

    P.I.N. 13-13-309-024.

    Frederick S. Lappe has this day received as full payment from said bidder the sum of $72,165.00.

    Witness my hand and seal, this Wednesday, November 23, 2005.

                                                                                By

                                                   Frederick S. Lappe